1  JASON A. GELLER (SBN 168149)
   Email: jgeller@fisherphillips.com
2  HYUNKI (JOHN) JUNG (SBN 318887)
   Email: hjung@fisherphillips.com
3  FISHER & PHILLIPS LLP
   One Montgomery Street, Suite 3400
4  San Francisco, California 94104
   Telephone: (415) 490-9000
5  Facsimile: (415) 490-9001

6  Attorneys for Defendant
7  Matson Navigation Company, Inc.,
   *erroneously* sued as "Matson Navigation Co."

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12 | DANIEL B. MARTIN

13 |         Plaintiff,

14 |     v.

15 | MASTERS, MATES & PILOTS; and

16 | MATSON NAVIGATION CO.,

17 |         Defendants.

CASE NO.: 3:23-cv-04859-JD

**DECLARATION OF DANNY DEFANTI IN SUPPORT OF DEFENDANT MATSON NAVIGATION COMPANY, INC.'S MOTION TO DISMISS**

DATE:   January 11, 2024
TIME:   10:00 a.m.
CTRM:   11
JUDGE:  Hon. James Donato

Complaint Filed: September 22, 2023
Trial Date:      None Set

---

1
DECLARATION OF DANNY DEFANTI IN SUPPORT OF
DEFENDANT MATSON'S MOTION TO DISMISS

FP 48745074.3

# DECLARATION OF DANNY DEFANTI

I, Danny Defanti, declare as follows:

1. I am over 18 years of age. I make this declaration in support of Defendant Matson Navigation Company, Inc.'s ("Matson") Motion to Dismiss Plaintiff Daniel B. Martin's ("Plaintiff") Complaint. I have personal knowledge of the facts set forth herein, and if called upon to testify thereto, I could and would competently do so under oath.

2. I am employed by Matson as the Director of Offshore Labor Relations & Marine Operations. I have held this title at all times relevant to the allegations in the Complaint filed by Plaintiff in the above-entitled action.

3. In my role as Director of Offshore Labor Relations & Marine Operations, I am familiar with Matson's labor relations with the Masters, Mates & Pilots ("MM&P") union. I am also familiar with Matson's COVID-19 vaccination policy, entitled "Letter of Understanding ["LOU"] – COVID-19 Vaccination" which was entered into by Matson and MM&P on or around August 26, 2021, and the contents contained therein. Further, in my role, I am also familiar with the process relating to religious exemptions from Matson's COVID-19 vaccination requirement in connection with the LOU. Finally, in my role, I am also familiar with Matson's recordkeeping procedures and have access to employee personnel files, where copies of employees' religious exemption-related documents are customarily maintained in Matson's ordinary course of business.

4. "**Exhibit A**" attached hereto is a true and correct copy of Matson's COVID-19 Vaccination Policy, entitled "Letter of Understanding – COVID-19 Vaccination."

5. "**Exhibit B**" attached hereto is a true and correct copy of Plaintiff's September 20, 2021 Letter entitled "Non-consent to Covid-19 'vaccine' as [a] condition of employment."

6. "**Exhibit C**" attached hereto is a true and correct copy of my September 30, 2021 email to Plaintiff, asking additional questions concerning the nature of his religious beliefs as they related to the COVID-19 vaccine, as part of the interactive process.

7. "**Exhibit D**" attached hereto is a true and correct copy of Plaintiff's October 8, 2021 Letter responding to additional questions set forth in my September 30, 2021 email.

8. "**Exhibit E**" attached hereto is a true and correct copy of my October 15, 2021 email to

Plaintiff, notifying that Matson could not accommodate his religious exemption request.

9. Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed on November 20, 2023, at Oakland, California.

_____
Danny Defanti

# Exhibit A

**Letter of Understanding – COVID-19 Vaccination**

This Letter of Understanding ("LOU") is entered into by Matson Navigation Company, Inc. ("Matson") and the International Organization of Masters, Mates & Pilots, AFL-CIO (herein "Union"). It memorializes the parties understanding and agreement to require COVID-19 vaccination for Licensed Deck Officers ("LDOs") employed on Matson's ocean going vessels.

**WHEREAS**, the Parties hereto have a collective bargaining agreement, including the Memorandum of October 26, 2012, which was executed by Matson Navigation Company and the Union, covering ocean going, dry cargo and passenger vessels, as amended and supplemented from time to time by agreement and/or arbitration awards, of which the expiration date is June 15, 2028; and

**WHEREAS**, the Parties acknowledge the desirability of a long term relationship and an attending contract which provides security to the Company and to Union represented employees; and

**WHEREAS**, the Covid-19 pandemic has caused significant disruption in shipping operations across the world, and has resulted in several deaths, injuries, and lost time; and

**WHEREAS**, the company has informed the Union of its intent to require Covid-19 vaccination as a condition of employment aboard its vessels; and

**WHEREAS**, the parties have bargained over the issue to reach an agreement that would best protect the rights of workers while ensuring the safety of workers and the operations, and

**NOW, THEREFORE**, the Parties agree as follows:

Effective October 1, 2021, COVID-19 vaccination will be considered part of an LDO's fitness for duty. Only fully vaccinated LDOs may be dispatched to a Matson vessel as crew or port relief. Vaccination will also be required for port agents / union officials boarding Matson vessels for union business. Also, any company employee boarding the vessel, whether management, longshore, or port operations, must be vaccinated or have an exemption approved by Matson. An individual is considered fully vaccinated (1) two weeks after the second dose of the Pfizer or Moderna vaccine, or (2) two weeks after the first dose of the Johnson and Johnson vaccine.

In order to verify vaccination status, a copy of the LDO's CDC COVID-19 vaccination card, or other official vaccination record, must be provided to Matson's crewing department at the time of dispatch. Matson will review and verify vaccination status before the LDO will be accepted.

LDOs who are aboard a Matson vessel on October 1, 2021 will be allowed to complete their rotary or relief assignments regardless of vaccination status. LDOs on a Matson vessel will be allowed time off in port during their workday to go to a COVID-19 vaccination appointment.

Requests for medical exemptions must be accompanied with a physician's documentation stating the reason for medical exemption. Matson may obtain a second opinion to any medical exemption requests. Matson may require COVID-19 testing and/or face coverings for individuals who have a valid exemption.

Religious exemption requests will be considered by Matson on a case-by-case basis.

Matson will continue its $500 vaccination incentive program for any permanent, rotary, or relief crewmembers who work aboard a Matson ship through October 15, 2021 and submit their CDC COVID-19 vaccination card, including for those that have already been vaccinated. Port relief officers are not eligible for this incentive program, unless other port relief officers or similar employees receive incentive payment. At all times, if other crew members or union represented company personnel receive special compensation or vaccination incentive pay or bonuses then LDOs working on Matson ships covered by the Union's Agreement, will be paid not less than that paid to other union represented company employees.

1

Until December 31, 2021, the Union, at its discretion and when feasible, may call jobs early enough for unvaccinated individuals to take a job and to get vaccinated before boarding.

The vaccine is required by the company for the safety of crew and efficient continued operation of its vessels. The above-listed incentives and accommodations will be made by the Company in mutual agreement with the Union pursuant to the vaccine requirement.

Any disputes regarding this LOU shall be resolved in accordance with the grievance and arbitration procedures set forth in the Agreement between Matson and the Union.

The following signatures confirm agreement with this LOU.

| | | |
|---|---|---|
| Signed: | _[signature]_ | _[signature]_ |
| Date: | 8 / 26 / 2021 | 8 / 26 / 21 |
| By: | Danny Defanti | Donald J. Marcus, |
| Title: | Director, Offshore Labor Relations & Marine Operations | International President |
| For: | Matson Navigation Company, Inc. | Masters, Mates & Pilots, AFL-CIO |

2

# Exhibit B

To:

Don Marcus, President MM&P
International Headquarters
700 Maritime Boulevard Suite B
Linthicum Heights, Maryland 21090-1953
USPS Certified Mail: 7021 0350 0000 1016 2716

- Matthew J. Cox, CEO Matson Navigation Co.
Matson Navigation Co.
555 12th Street 7th Floor
Oakland, California  94607
USPS Certified Mail: 7021 0350 0000 1016 2730

From:

Daniel B. Martin, IOMM&P Offshore Member
P.O. Box 51760
Pacific Grove, California 93950
Tel: 831-372-0752  Cell: 831-246-1394
Email: dbm@generalmail.net

Date: Monday September 20, 2021

Subject: Non-consent to Covid-19 "vaccine" as condition of employment

Sirs,

I have been informed that as of October 01, 2021 Matson Navigation will require that I be "vaccinated" as a condition of employment aboard Matson vessels. I do not consent.

### Notice and Demand

1. This is Demand that Matson Navigation Co. and MM&P identify a binding authority by which dominion over my body regarding health decisions may be exercised against my will as a condition of employment contrary to past practice.

2. The Matson COVID-19 "vaccination" requirement is arbitrary, capricious, and contrary to existing regulations as described below;

   San Francisco Department of Public Health as of 13 September 2021 displays the following data regarding COVID-19:

1

Cumulative COVID Cases 49,130 and Cumulative COVID Deaths 607, for a COVID death rate of 1.2%. This means a COVID recovery rate of 98.8%.

By way of contrast, Ebola infection shows a death rate on the order of 40% or so. An Ebola outbreak clearly calls for extraordinary countermeasures. Likewise, a Smallpox outbreak could have had death rates of 30% - truly calling for intervention by Public Health authorities.

COVID-19, except for a small percentage of people, is not particularly deadly.

> Arbitrary, capricious, definition: "....is arbitrary if it is not supported by logic or the necessary facts; a rule is capricious if it is adopted without thought or reason or is irrational."

### Existing COVID-19 "vaccines" are Experimental Medical Procedures.
### COVID-19 "vaccines" are distributed under Emergency Use Authorization.

The list of COVID-19 "vaccines" tendered by Matson in it's Letter of Understanding contains only products which are not vaccines as commonly understood. Instead, the "vaccine" list tendered by Matson in fact only lists products which are unproven medical procedures.

They are Experimental by any reckoning. I have an absolute right to both Informed Consent and Informed Refusal regarding Experimental Medical Procedures.

While the Nuremberg Code is not enforceable at courts of the United States, 45 CFR 46.116 - Informed Consent, essentially a re-statement of the Nuremberg Code, is enforceable at U.S. Courts. As stated above - I do not consent.

Being distributed under Emergency Use Authorization only, the "vaccine" list tendered by Matson is subject to 21 USC 360bbb-3(e)(1)(A)(ii)(III), which states:

> **(ii) Appropriate conditions designed to ensure that individuals to whom the product is administered are informed—**
>
> (III) of the option to accept or refuse administration of the product, of the consequences, if any, of refusing administration of the product, and of the alternatives to the product that are available and of their benefits and risks.

**By this Notice and Demand** I am exercising the option to refuse the administration, as a condition of employment, of any of the listed "vaccines" tendered by Matson.

2

3. The "Letter of Understanding - COVID-19 vaccination" posted in the MM&P Hall at Oakland does not identify a duty on my part, and is contrary to the Collective Bargaining Agreement.

Because Matson's "vaccine" requirement affects the dispatch of an otherwise qualified MM&P Offshore Member, the Acceptance by MM&P of Matson's tender amounts to an alteration of the Shipping Rules and should have been put to a vote of the Membership. Such vote did not happen and any attempt to enforce the Letter of Understanding by denying employment is a violation of the MM&P Constitution and the Collective Bargaining Agreement.

4. Exemptions / Accommodations

I have a longterm sincerely held belief that my God created immune system is sufficient. For example I have never received a seasonal flu vaccine. Yet, I seldom suffer from seasonal flu - even then, any illness has been mild. I am on no prescription drugs. I have no chronic illness. My immune system works just fine.

Matson may consider this letter as a request for "religious exemption" to the request for a COVID-19 "vaccination" as a condition of continued employment.

5. This is Notice that if I am denied employment aboard a Matson vessel due to non-compliance with the "Letter of Understanding", I will immediately sue for damages at Superior Court, Oakland, California. A Judge and Jury can then sort this out.

Respectfully submitted,

*Daniel B. Martin*
Daniel B. Martin

# Exhibit C

**From:** Danny Defanti at OAK CORP x4518
**Sent:** Thursday, September 30, 2021 10:51 AM
**To:** DBM@GENERALMAIL.NET
**Cc:** Danny Defanti at OAK CORP x4518 <DDefanti@matson.com>
**Subject:** Daniel Martin Religious Exemption Request Letter

Daniel,

I am in receipt in your request for a religious exemption from Matson's COVID-19 fit for duty requirement for vessel crewmembers. In order for Matson to consider your request, we ask that you provide the following additional information:

1. Please describe with more specificity the religious beliefs, observances or practices to which you adhere.

2. Where and how do you adhere to these religious beliefs, observances or practices?

3. When did you first begin to adhere to these religious beliefs, observances or practices?

4. If your religious beliefs, observances, or practices are normally identified by a specific name, please provide the name of the religion.

5. Please explain how these religious beliefs, observances or practices conflicts with the COVID-19 vaccine?

6. Have you ever received any vaccines before? If yes, please explain the difference between those vaccines and the COVID-19 vaccine.

7. Without providing information regarding any medical conditions that you have, please advise us whether your religious beliefs, observances or practices would prevent you from taking other medications or receiving medical treatment in the event of an injury or illness on a Matson vessel?

8. If you have any documentation concerning your religious beliefs, observances or practices (i.e. letter from spiritual leader or a publication describing your religious belief), please provide it.

Best regards,
Danny

NOTICE: This message, including any attachments, is intended for the use of the party to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately by reply e-mail, and delete the original and any copies of this message. It is the sole responsibility of the recipient to ensure that this message and any attachments are virus free.

# Exhibit D

Daniel B. Martin
P.O. Box 51760
Pacific Grove, CA 93950

October 8, 2021

Matson Navigation Company
Mr. Danny Defanti,
Director, Offshore Labor Relations
555 12th St., Suite 700
Oakland, CA 94607

Dear Mr. Defanti,

I request exemption from Matson's COVID-19 vaccine requirement, and provision of reasonable accommodation, because of my sincere religious beliefs.

My religious faith is Christian. Based on my understanding of Biblical doctrine, supported by years of both formal and personal education in health maintenance and medical practice, it is my sincere and deeply held conviction that injection of any COVID-19 vaccine into my body is not supportive of my health, offensive to my beliefs, and is consequently morally repugnant to me.

It is my firm belief that the proper method to avoid disease and physical deterioration is to vigorously support the operation of the Creator-designed body with proper nutrition and healthy practices. I believe this to be the moral, and the most effective, approach to achieving a robust immune system in harmony with a healthy body. I further believe that the intrusion of unnatural, system-disturbing chemicals into a healthy body is an immoral attack on the body, and the doctrine I abide by.

This conviction is an expression of deeply held principles that have guided my daily life for decades, and continue to do so. Consistent with the Biblical admonition to care for my body as " ... a temple of the Holy Spirit ..." , and my acquired knowledge of healthy practices, I ingest only wholesome, nutritious food, free of unnatural additives, organic and non-GMO as available, maintain a healthy level of physical activity, and generally abstain from unhealthy practices.

As a further expression of these principles, I never ingest any medicine or receive any medical intervention that is not necessary and appropriate to resolve a specific medical problem. For me, the need rarely arises. Consistent with these principles, I have not received any vaccine in over twenty years, and am not taking any medication as I have no condition that warrants such bodily intrusion.

As a USCG licensed Medical Person In Charge for many years, I well recognize the important function of proper medical care, and the proper role of medical drugs in treatment. I believe that if one is in need of medical care, it would be immoral and unwise to not seek that. The principles I state above are certainly consistent with the highest standards of medical practice.

I ask that you consider my request with the same sincerity and sense of gravity that I express here, and provide approval.

Sincerely,

*Daniel B. Martin* (signature)

Daniel B. Martin

# Exhibit E

From: Danny Defanti at OAK CORP x4518 <DDefanti@matson.com>
Sent: Friday, October 15, 2021 2:10 PM
To: dbm@generalmail.net
Cc: Danny Defanti at OAK CORP x4518 <DDefanti@matson.com>
Subject: RE: Religious Exemption Request

Daniel,

Thank you for providing this follow-up information.  We have carefully considered your request for a religious exemption from Matson's COVID-19 vaccine fit for duty requirement for vessel crewmembers.

After consultation with our health and safety experts, and in light of the current status of the COVID-19 pandemic and Delta variant and the significant risk of having unvaccinated individuals sailing on our vessels or boarding vessels as port relief officers who interact with sailing crewmembers, we have determined that we cannot presently accommodate your request to work on a Matson vessel due to the safety risk that it would create and the undue hardship that it would pose to the company's operations.

This determination is based on a variety of factors, including the unique, close working and living conditions on oceangoing cargo vessels and the heightened risk that unvaccinated individuals pose for severe illness, transmission to other crewmembers, and the potential for an outbreak on a vessel.  In particular, we have taken into consideration the specific trade lanes in which Matson operates, which involve voyages of 14-35 days with a significant portion of that time spent at sea without access to advanced medical care or medical evacuation.  We have also taken into consideration the maritime industry's experiences to date during the COVID-19 pandemic, which has included crewmember deaths and severe illness due to COVID-19 and vessels being quarantined at sea for extended periods of time.

Matson will be continuously evaluating this issue in light of the evolving status of the pandemic.  Once Matson determines that it has become safe to allow unvaccinated individuals on Matson vessels, we will contact you to inform you that you are eligible again for dispatch to a Matson vessel.

Best regards,
Danny

-----Original Message-----
From: dbm@generalmail.net <dbm@generalmail.net>
Sent: Sunday, October 10, 2021 7:00 PM
To: Danny Defanti at OAK CORP x4518 <DDefanti@matson.com>
Subject: Religious Exemption Request

**** SECURITY ADVISORY! This email originated externally. Use caution before opening attachments or clicking links in this email. ****

Mr. Defanti,

Hello Danny ... my Religious Exemption Request Letter was put in the mail at the USPS yesterday, directed to you at the address you provided.
I expect that will be received at your office over the next couple days.

For your timely consideration, attached to this message is a scanned copy of that letter.

Should you have need of any clarification from me, or desire to discuss this matter with me, I would welcome that.

Enjoy your Holiday weekend.

Best Regards,

Daniel

email: dbm@generalmail.net
Res. Tel#: 831-372-0752
Cell.Tel#: 831-246-1394


NOTICE: This message, including any attachments, is intended for the use of the party to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately by reply e-mail, and delete the original and any copies of this message. It is the sole responsibility of the recipient to ensure that this message and any attachments are virus free.