JASON A. GELLER (SBN 168149)
Email:  jgeller@fisherphillips.com
HYUNKI (JOHN) JUNG (SBN 318887)
Email:  hjung@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone:  (415) 490-9000
Facsimile:   (415) 490-9001

Attorneys for Defendant
Matson Navigation Company, Inc.,
*erroneously* sued as "Matson Navigation Co."

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL B. MARTIN<br><br>       Plaintiff,<br><br>   v.<br><br>MASTERS, MATES & PILOTS; and<br><br>MATSON NAVIGATION CO.,<br><br>       Defendants. | CASE NO.: 3:23-cv-04859-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MATSON NAVIGATION COMPANY, INC..'S MOTION TO DISMISS**<br><br>DATE:     January 11, 2024<br>TIME:     10:00 a.m.<br>CTRM:   11<br>JUDGE:  Hon. James Donato<br><br>Complaint Filed: September 22, 2023<br>Trial Date:    None Set |

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

FP 48745092.2

Defendant Matson Navigation Company, Inc.'s (erroneously sued as Matson Navigation Co.) ("Matson") Motion to Dismiss ("Motion") came for hearing in Courtroom 11 of this Court on January 11, 2024 at 10:00 a.m. The parties having been represented by counsel and the Court having considered the pleadings on file and oral argument presented, and good cause appearing therefore, **IT IS HEREBY ORDERED** that

      1.      The Motion is **GRANTED**; and

      2.      The Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED:**

_____

_____

_____

_____

_____.

**IT IS SO ORDERED.**

Dated: _____     _____

                                               HON. JAMES DONATO
                                             United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

FP 48745092.2