JASON A. GELLER (SBN 168149)
Email: jgeller@fisherphillips.com
HYUNKI (JOHN) JUNG (SBN 318887)
Email: hjung@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
Matson Navigation Company, Inc.,
*erroneously* sued as "Matson Navigation Co."

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL B. MARTIN<br><br>Plaintiff,<br><br>v.<br><br>MASTERS, MATES & PILOTS; and<br><br>MATSON NAVIGATION CO.,<br><br>Defendants. | CASE NO.: 3:23-cv-04859-JD<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT MATSON NAVIGATION COMPANY, INC.'S MOTION TO DISMISS**<br><br>DATE: January 11, 2024<br>TIME: 10:00 a.m.<br>CTRM: 11<br>JUDGE: Hon. James Donato<br><br>Complaint Filed: September 22, 2023<br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Matson Navigation Company, Inc., (erroneously sued as Matson Navigation Co.) ("Matson") respectfully requests that this Court take judicial notice of certain documents that are either in the public record and not subject to reasonable dispute, or else are relied upon or incorporated by reference in Plaintiff's Complaint.

## I. LEGAL STANDARD

In the context of a Rule 12(b)(6) motion to dismiss, the Court may consider (1) documents and information subject to judicial notice; and (2) documents attached to or incorporated by reference into the complaint. *See Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006); *see Coto Settlement v. Eisenberg*, 593 F.3d 1031, 1038 (9th Cir. 2010); *Intri-Plex Tech., Inc. v. Crest Grp., Inc.*, 499 F.3d 1048, 1052 (9th Cir. 2007). "Judicial notice under Rule 201 permits a court to notice an adjudicative fact if it is 'not subject to reasonable dispute.'" *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018) (quoting Fed. R. Evid. 201(b)). A fact is "not subject to reasonable dispute" if it is "generally known," or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1)-(2).

### A. Documents and Information Subject to Judicial Notice

#### 1. Public Records

Courts have held that records from government and/or administrative agencies are the proper subject of judicial notice because they are public records whose accuracy is not in dispute. *Anderson v. Holder*, 673 F.3d 1089, 1094 n. 1 (9th Cir.2012) ("[A court] may take judicial notice of records and reports of administrative bodies."); *Gonzales v. Marriott International, Inc.*, 142 F.Supp.3d 961, 968 (2015) ("Judicial notice is appropriate for records and 'reports of administrative bodies'"); *Dornell v. City of San Mateo*, 19 F.Supp.3d 900, 904 n. 3 (N.D. Cal. 2013) (**taking judicial notice of the EEOC charge and right-to-sue letter**, reasoning that "these are public records whose accuracy is not in dispute, judicial notice is appropriate"); *see also Rejoice! Coffee Company, LLC. V. Hartford Financial Services Group, Inc.*, 2021 WL 5879118, at *12 (N.D. Cal. Dec. 9, 2021) (taking judicial notice of the governmental agency generated documents, reasoning that "there is no dispute that these are authentic documents of a government agency publicly available").

**2.     Documents Attached to, or Referenced in the Complaint**

Documents are properly incorporated into the complaint by reference "in situations where the complaint necessarily relies upon a document or the contents of the document are alleged in a complaint, the document's authenticity is not in question and there are no disputed issues as to the document's relevance." *Coto Settlement*, 593 F.3d at 1038; *see also United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003) ("Even if a document is not attached to a complaint, it may be incorporated by reference into a complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim."). "[I]ncorporation-by-reference is a judicially created doctrine that treats certain documents as though they are part of the complaint itself. The doctrine prevents plaintiffs from selecting only portions of documents that support their claims, while omitting portions of those very documents that weaken—or doom—their claims." *Khoja*, 899 F.3d at 1002. The Court "may assume [an incorporated document's] contents are true for purposes of a motion to dismiss under Rule 12(b)(6)." *Marder*, 450 F.3d at 448; *see also Guilfoyle*, 2021 WL 4594780, at *23–24 (school district's COVID-19 measures incorporated by reference, noting that doctrine "prevents plaintiffs from cherry-picking certain portions of documents that support their claims, while omitting portions that weaken their claims").

## II.     REQUEST FOR JUDICIAL NOTICE

Based on the foregoing authorities, Matson respectfully requests that the Court take judicial notice of the following documents:

**Incorporated by Reference**

1.     ***Matson's COVID-19 Vaccination Policy, entitled "Letter of Understanding – COVID-19 Vaccination,"*** a true and correct copy of which is attached to the Declaration of Danny Defanti, as **Exhibit A**. Plaintiff'*s* entire Complaint is predicated on Matson's implementation of its COVID-19 vaccination requirements, and he makes direct reference to the offering of religious exemptions to this policy. *See* Compl., ¶¶ 16, 17. Because Matson's COVID-19 Vaccination Policy is extensively referenced throughout the Complaint and forms the basis for Plaintiff's claims, the policy is properly incorporated by reference into the Complaint. Accordingly, under the foregoing authorities cited in section I.A.2 above, the Court should consider this policy incorporated by reference in the Complaint.

**2.** ***Documents relating to Plaintiff's Religious Exemption Request and Matson's Interactive Process***, true and correct copies of which are attached to the Declaration of Danny Defanti, as **Exhibits B-E**. The Complaint and Exhibits A and B attached thereto make direct reference to Plaintiff's religious exemption requests. Compl., ¶¶ 5, 18, 19, Exs. A, B to Compl. Further, even if not all of these religious exemption documents are attached to the Complaint, under the foregoing authorities cited in section I.A.2 above, they may be incorporated by reference into the Complaint because Plaintiff refers extensively to these religious exemption documents and/or these documents form the basis of Plaintiff's entire Complaint. Accordingly, the Court should consider these religious-exemption-related documents incorporated by reference in the Complaint.

### Public Records

**3.** ***Plaintiff's EEOC Charge and Right to Sue Letter***, a true and correct copy of which is attached hereto as **Exhibit 1**. *See Dornell*, 19 F.Supp.3d at 904 n. 3 (taking judicial notice of the EEOC charge and right-to-sue letter, reasoning that "these are public records whose accuracy is not in dispute, judicial notice is appropriate"); *see also Anderson*, 673 F.3d at 1094 n. 1 ("[A court] may take judicial notice of records and reports of administrative bodies.").

DATE: November 21, 2023                FISHER & PHILLIPS LLP

By:  /Jason A. Geller
     Jason A. Geller
     Hyunki (John) Jung
     Attorneys for Defendant
     Matson Navigation Company, Inc. (*erroneously named as* Matson Navigation Co.)

# Exhibit 1

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 556-2022-00432 |

**California Department Of Fair Employment & Housing** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Daniel B. Martin | (831) 372-0752 | 1952 |

Street Address: 1075 Lighthouse Avenue, #116
City, State and ZIP Code: Pacific Grove, CA 93950

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MATSON NAVIGATION COMPANY INC. | 501+ Employees | (510) 628-4000 |

Street Address: 555 12TH ST STE 700
City, State and ZIP Code: OAKLAND, CA 94607

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address: 
City, State and ZIP Code:

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-01-2021    Latest: 03-02-2022
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have engaged in employment as a Licensed Deck Officer upon assignment per contract with the above-named employer for approximately 20 years, as assigned from the contractor location in Oakland, California.

On or around September 2021, I was notified by Respondent that effective October 1, 2021 all employees would be required to be vaccinated, unless the employee had a religious or medical exemption. I sincerely hold a religious belief that conflicts with Respondent's vaccination requirement. During my employment, I notified Respondent of my religious belief and my need for an exemption to Respondent's COVID-19 vaccination mandate. On October 15, 2021, my religious exemption was denied by Respondent. On December 22, 2021, I filed two union grievances with International Organization of Masters, Mates & Pilots and submitted them to Melany Weaver, unknown religion, Pacific Ports Coast Agent. On February 14, 2022, J. Lars Turner, unknown religion, Vice President of Pacific Ports, responded to my grievances stating that it will not pursue

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

X Mar. 7, 2022    X *Daniel B. Martin* (signature)
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 556-2022-00432 |

California Department Of Fair Employment & Housing _and EEOC_
_State or local Agency, if any_

my grievances and they were withdrawn. However, on February 21, 2022, I submitted an appeal to Mr. Turner's decision to Don Josberger, unknown religion, International Secretary - Treasurer. On February 23, 2022, Mr. Josberger sent an email stating that it scheduled a virtual meeting on March 2, 2022, where I have the opportunity to present my case.

Due to my non-compliance with the vaccination mandate, and denial of my request for religious exemption, I am no longer allowed assignment to jobs with Respondent since October 1, 2021.

I believe that I have been discriminated against because of my religion, Christian, and retaliated in violation of my rights as protected by Title VII of the Civil Rights Act of 1964, as amended.

---

| | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X MAR. 7. 2022   X _Daniel B Martin_<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

San Jose Local Office
96 N Third St, Suite 250
San Jose, CA 95112
Office: (408) 889-1950
Email: sanjgov@eeoc.gov
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: February 13, 2023

**To:** Daniel B. Martin
1075 Lighthouse Avenue, #116
Pacific Grove, CA 93950

Charge No: 556-2022-00432

EEOC Representative and email:   LISA FUNG
Senior Investigator
lisa.fung@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Margaret Ly
Digitally signed by Margaret Ly
Date: 2023.02.13 17:53:57 -08'00'

Margaret Ly
Local Director

**Cc:**
Nathan R Jaskowiak
Matson Navigation Company
555 12TH ST STE 700
Oakland, CA 94607


Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

**IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT**

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

**ATTORNEY REPRESENTATION**

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

**HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS**

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 556-2022-00432 to the District Director at Nancy Sienko, 450 Golden Gate Avenue 5 West PO Box 36025, San Francisco, CA 94102.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

Enclosure with EEOC Notice of Closure and Rights (01/22)

You may request the charge file up to 90 days after receiving this Notice of Right to Sue.  After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.