JASON A. GELLER (SBN 168149)
Email: jgeller@fisherphillips.com
HYUNKI (JOHN) JUNG (SBN 318887)
Email: hjung@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
Matson Navigation Company, Inc.,
*erroneously* sued as "Matson Navigation Co."

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL B. MARTIN<br><br>Plaintiff,<br><br>v.<br><br>MASTERS, MATES & PILOTS; and<br><br>MATSON NAVIGATION CO.,<br><br>Defendants. | CASE NO.: 3:23-cv-04859-JD<br><br>**DEFENDANT MATSON NAVIGATION COMPANY, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed: September 22, 2023<br>Trial Date:      None Set |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned counsel of record for Defendant Matson Navigation Company, Inc., (erroneously sued as Matson Navigation Co.) certifies as follows:

1. Matson Navigation Company, Inc. is a wholly owned subsidiary of Matson, Inc.;
2. Matson, Inc. is a publicly traded company;
3. As reported in a Schedule 13G/A filed with the Securities and Exchange Commission on January 26, 2023, as of December 31, 2021, BlackRock, Inc. beneficially owns 10% or more of the common stock of Matson, Inc.; and
4. As reported in a Schedule 13G/A filed with the Securities and Exchange Commission on February 9, 2023, as of December 31, 2021, The Vanguard Group beneficially owns 10% or more of the common stock of Matson, Inc.

## CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-15

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed parties may (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding.

1. Plaintiff Daniel B. Martin;
2. Defendant Matson Navigation Company, Inc.;
3. Defendant Masters, Mates & Pilots;
4. Matson, Inc.;
5. BlackRock, Inc.; and
6. The Vanguard Group.

///
///
///
///

DATE: November 21, 2023	FISHER & PHILLIPS LLP

By: /s/ Jason A. Geller
Jason A. Geller
Hyunki (John) Jung
Matson Navigation Company, Inc.
(*erroneously named as* Matson Navigation Co.)