| | |
|---|---|
| 1 | JASON A. GELLER (SBN 168149) |
| 2 | Email:  jgeller@fisherphillips.com<br>HYUNKI (JOHN) JUNG (SBN 318887) |
| 3 | Email:  hjung@fisherphillips.com<br>FISHER & PHILLIPS LLP |
| 4 | One Montgomery Street, Suite 3400<br>San Francisco, California 94104 |
| 5 | Telephone:  (415) 490-9000<br>Facsimile:   (415) 490-9001 |

Attorneys for Defendant
Matson Navigation Company, Inc.,
*erroneously* sued as "Matson Navigation Co."

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL B. MARTIN,<br><br>          Plaintiff,<br><br>     v.<br><br>MASTERS, MATES & PILOTS; and<br><br>MATSON NAVIGATION CO.,<br><br>          Defendants. | Case No: 3:23-cv-04859-JD<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed: September 22, 2023<br>Trial Date:        Not Set |

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is One Montgomery Street, Suite 3400, San Francisco, California 94104.

On November 21, 2023 I served the foregoing documents entitled:

- **DEFENDANT MATSON NAVIGATION COMPANY, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS;**
- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT MATSON NAVIGATION COMPANY, INC.'S MOTION TO DISMISS;**
- **DECLARATION OF DANNY DEFANTI IN SUPPORT OF DEFENDANT MATSON NAVIGATION COMPANY, INC.'S MOTION TO DISMISS;**
- **[PROPOSED] ORDER GRANTING DEFENDANT MATSON NAVIGATION COMPANY, INC..'S MOTION TO DISMISS; AND**
- **DEFENDANT MATSON NAVIGATION COMPANY, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS.**

on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof addressed as follows:

Daniel B. Martin  *Plaintiff in Pro per*
P.O. Box 51760
Pacific Grove, California 93950  Telephone: 831-246-1394
dbm@generalmail.net

☒ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed November 21, 2023 at San Francisco, California.

By: *[signature: Beth Gonshorowski]*

Beth Gonshorowski
Print Name                               Signature