JASON A. GELLER (SBN 168149)
Email: jgeller@fisherphillips.com
HYUNKI (JOHN) JUNG (SBN 318887)
Email: hjung@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
Matson Navigation Company, Inc.,
*erroneously* sued as "Matson Navigation Co."

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL B. MARTIN<br><br>Plaintiff,<br><br>v.<br><br>MASTERS, MATES & PILOTS; and<br><br>MATSON NAVIGATION CO.,<br><br>Defendants. | CASE NO.: 3:23-cv-04859-RFL<br><br>**DEFENDANT MATSON NAVIGATION COMPANY, INC.'S STATEMENT OF NON-OPPOSITION REGARDING ITS MOTION TO DISMISS**<br><br>DATE: January 16, 2024<br>TIME: 10:00 a.m.<br>CTRM: 15<br>JUDGE: Hon. Rita F. Lin<br><br>Complaint Filed: September 22, 2023<br>Trial Date: None Set |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Defendant Matson Navigation Company, Inc. (erroneously sued as Matson Navigation Co.) ("Matson") filed and served its Motion to Dismiss Plaintiff Daniel B. Martin's ("Plaintiff") Complaint on November 21, 2023. (Dkt. 8). Matson's Motion was originally noticed for the hearing on January 11, 2024, before the Honorable James Donato. (*Id.*) However, pursuant to the Court's November 27, 2023 Order (Dkt. 15), reassigning this Case to the Honorable Rita F. Lin, on November 28, 2023, Matson re-noticed its Motion hearing for January 16, 2024, before Judge Lin. (Dkt. 18).

While the hearing date for the Motion has been reset for January 16, 2024 (Dkt. 20), pursuant to the Court's November 27, 2023 Order, "renoticing of the hearing [did] not affect the prior briefing schedule." (Dkt. 15, ¶ 3). Pursuant to Local Rule 7-3, Plaintiff's opposition must be filed and served not more than fourteen (14) days after Matson filed its Motion on November 21, 2023. Accordingly, Plaintiff's opposition was due on December 5, 2023. Plaintiff did not file his opposition to Matson's Motion, nor was Matson served the opposition by the due date. Instead, on December 11, 2023, counsel for Matson received the First Amended Complaint ("FAC") via mail. While it appears that Plaintiff attempts to amend his original Complaint (Dkt. 1) pursuant to Rule 15(a)(1)(B), as of the time of filing this Statement, Matson has not received an Electronic Case Filing notification from the Court indicating that the FAC has received by and filed with the Court.

To the extent that Plaintiff did correctly file the FAC with the Court, it will moot Matson's Motion, and Matson reserves the right to file a new responsive pleading to the FAC. On the other hand, if the Court determines that Plaintiff failed to timely file the FAC, Matson respectfully requests that its Motion be granted in its entirety, and that the Complaint be dismissed with prejudice.

DATE: December 12, 2023 FISHER & PHILLIPS LLP

By: /s/ Hyunki (John) Jung
Jason A. Geller
Hyunki (John) Jung
Matson Navigation Company, Inc.
(*erroneously named as* Matson Navigation Co.)