JASON A. GELLER (SBN 168149)
Email: jgeller@fisherphillips.com
HYUNKI (JOHN) JUNG (SBN 318887)
Email: hjung@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
Matson Navigation Company, Inc.,
*erroneously* sued as "Matson Navigation Co."

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL B. MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>MASTERS, MATES & PILOTS; and MATSON NAVIGATION CO.,<br><br>Defendants. | CASE NO.: 3:23-cv-04859-RFL<br><br>**DEFENDANT MATSON NAVIGATION COMPANY, INC.'S RESPONSE TO PLAINTIFF DANIEL B. MARTIN'S REQUEST FOR 30 DAY DELAY IN DECISION (DKT. 39)**<br><br>Complaint Filed: September 22, 2023<br>FAC File: December 12, 2023<br>Trial Date: None Set |

Defendant Matson Navigation Company, Inc. (erroneously sued as Matson Navigation Co.) ("Matson"), by and through its counsel of record, hereby submits its response to *pro se* Plaintiff Daniel B. Martin's "REQUEST for 30 day delay in decision" (Dkt. 39), as follows:

**PROCEDURAL HISTORY**

On September 22, 2023, Plaintiff filed the original Complaint against Matson and Defendant MASTERS, MATES & PILOTS ("MM&P"), alleging causes of action for (1) compelled consent, (2) denial of right to refuse an EUA medical product, (3) denial of right to refuse medical treatment, and (4) tortious interference with contract. (Dkt. 1).

///

On November, 21, 2023, Matson filed and served its Motion to Dismiss Plaintiff's Complaint. (Dkt. 8). On December 12, 2023, in lieu of opposing Matson's motion, Plaintiff filed the First Amended Complaint ("FAC") which reasserts largely non-cognizable six causes of action for (1) "No identified duty on Plaintiff's part"; (2) "MM&P / Matson 'vaccine' requirements were arbitrary and capricious"; (3) "Wrongful termination – violation of right to refuse the proffered EUA medical products"; (4) "Wrongful termination in violation of Plaintiff's right to refuse investigational / experimental medical products"; (5) "Wrongful Termination - violation of right to refuse medical treatment, violation of right not to participate in experimental research"; and (6) "Breach of Contract." (Dkt. 23).

On December 26, 2023, Matson timely filed its Motion to Dismiss Plaintiff's FAC. (Dkt. 30). On January 2, 2024, Plaintiff filed his Opposition to Matson's Motion. (Dkt. 32, 33). Thereafter, on January 16, 2024, Matson timely filed a Reply brief in support its Motion. (Dkt. 36). The Parties in this action fully briefed their respective Motions and the Court was to hear the Motions on January 30, 2024.

Then, on January 25, 2024, this Court issued an order vacating the January 30, 2024 hearing on the Motions, noting that "given that Defendants' Motions to Dismiss (docket nos. 30 and 31) are submitted without oral argument pursuant to Civil Local Rule 7-1(b). The hearing set for 1/30/2024 at 10:00 AM is VACATED. The Court will issue a written order on the motions." (Dkt. 38).

The next day, on January 26, 2024, Plaintiff reached out to Matson's counsel via email to indicate his intention "to request that the Court delay [the] decision for 30 days to allow time for [him] to obtain counsel." Plaintiff also indicated that he "will be filing that request on Monday 29 January" and asked if Mason will "be in opposition or non-opposition to [his] request." A true and correct copy of said correspondence from Plaintiff is attached hereto as **Exhibit A**.

On January 29, 2024, Matson's counsel responded to Plaintiff's January 26, 2024 email, notifying him that Matson will not oppose his request to obtain counsel. However, Matson's counsel made it clear that Matson intends to oppose Plaintiff's written request to postpone the Court's ruling on the pending Motion particularly because Plaintiff has "amended the complaint once already, the briefing is complete and [Matson] would like to receive the Court's guidance on the motion as soon as possible." A true and correct copy of said correspondence from Matson's counsel to Plaintiff is attached hereto as **Exhibit B**.

Shortly thereafter, on the same date, Plaintiff filed "REQUEST for 30 day delay in decision." (Dkt. 39). In his request, Plaintiff notes that "I am in the process of retaining counsel. I request that any decision (Docket No. 38) to be made based on the 12(b)(6) motions be delayed for a period of 30 days in order that I may retain counsel." (Dkt. 39). Notably, Plaintiff erroneously states that he "has been unable to confer with counsel for Matson Navigation Co., Price [sic] Fisher." *Id.* No further explanation was provided as to the reason why Plaintiff seeks counsel at this juncture or why the Court should delay its ruling on the fully briefed Motions.

**MATSON'S RESPONSE TO PLAINTIFF'S REQUEST**

While Matson does not oppose Plaintiff's request to obtain counsel, Matson hereby respectfully requests that this Court issue an order denying Plaintiff's request to delay the ruling on the Motion to Dismiss, particularly given that: (1) Plaintiff has already amended his complaint in response to Matson's original motion to dismiss; (2) Matson have already moved twice to dismiss Plaintiff's complaints; (3) the Parties fully briefed their respective motions; and (4) while Plaintiff had ample time and opportunity to seek counsel thus far, he never did so until the eve of the Court's ruling on the motions.

DATE: January 29, 2024

FISHER & PHILLIPS LLP

By: */s/ Hyunki (John) Jung*
Jason A. Geller
Hyunki (John) Jung
Attorneys for Defendant
Matson Navigation Company, Inc.
(erroneously sued as Matson Navigation Co.)

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California in the office of a member of the bar of this Court whose direction the following service was made. I am over the age of 18 and am not a party to this action. My business address is One Montgomery Street, Suite 3400, San Francisco, California.

On the date set forth below, I served the following document(s) entitled:

**DEFENDANT MATSON NAVIGATION COMPANY, INC.'S RESPONSE TO PLAINTIFF DANIEL B. MARTIN'S REQUEST FOR 30 DAY DELAY IN DECISION (DKT. 39)**

Upon all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof addressed as follows:

| | |
|---|---|
| Jason Wojciechowski<br>Samantha M. Keng<br>Bush Gottlieb, A Law Corporation<br>801 North Brand Boulevard, Suite 950<br>Glendale, California 91203-1260 | ***Attorneys for Defendant International Organization of Masters, Mates & Pilots, erroneously sued as "Masters, Mates & Pilots***<br><br>Telephone: (818) 973-3200<br>Facsimile: (818) 973-3201<br>Email: jasonw@bushgottlieb.com; skeng@bushgottlieb.com |

☒ **[VIA ECF SUBMISSION]** I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I additionally served the document(s) as follows::

| | |
|---|---|
| Daniel B. Martin<br>P.O. Box 51760<br>Pacific Grove, California 93950 | ***Plaintiff in Pro Per***<br><br>Telephone: 831-246-1394<br>Email: dbm@generalmail.net |

☒ **[VIA MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[VIA COURTESY ELECTRONIC SERVICE]** I certify that on the date below, I caused each document(s) to be served via electronic mail in Adobe "PDF" format to the designated recipient(s) email address(es) as listed above and such transmission was sent from the following sender: lwahlberg@fisherphillips.com. I did not receive any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 29, 2024 at San Francisco, California.

Leah I. Wahlberg — By: [signature]

Print Name — Signature