JASON WOJCIECHOWSKI (SBN 263911)
jasonw@bushgottlieb.com
SAMANTHA M. KENG (SBN 341550)
skeng@bushgottlieb.com
BUSH GOTTLIEB
A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

Attorneys for Defendant International Organization of Masters, Mates & Pilots, *erroneously sued as* Masters, Mates & Pilots

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL B. MARTIN,<br>Plaintiff,<br>vs.<br>MASTERS, MATES & PILOTS, *et al.*,<br>Defendants, | **Case No. 3:23-cv-04859-RFL**<br>**DEFENDANT INTERNATIONAL ORGANIZATION OF MASTERS, MATES & PILOTS' RESPONSE TO PLAINTIFF'S REQUEST FOR 30 DAY DELAY**<br>Judge: Hon. Rita F. Lin |

Defendant International Organization of Masters, Mates & Pilots ("Union") responds to Plaintiff Daniel B. Martin's Request for 30 Day Delay in Decision [Dkt. No. 39], filed January 29, 2024, as follows:

Plaintiff correctly stated that the Union opposes his request for a delay. The Union agrees with the reasons stated in Defendant Matson Navigation Company's ("Matson") response to the request for delay [Dkt. No. 40] and joins in Matson's opposition to the request. The Union notes in particular that the motions to dismiss the First Amended Complaint are fully briefed and a hearing on the motions has been taken off calendar, so Plaintiff obtaining counsel at this late date would not add anything to the Court's consideration of the motions. Moreover, if the Court's eventual action on the motions results in a deadline for Plaintiff to abide by (such as to amend his complaint or to appeal), the Union would not necessarily oppose a reasonable extension of such a deadline if

Plaintiff remains without counsel at that time. By contrast, a delay now would serve no meaningful purpose.

DATED: January 30, 2024

BUSH GOTTLIEB, A Law Corporation

By: */s/ Jason Wojciechowski*
JASON WOJCIECHOWSKI
Attorneys for Defendant International Organization of Masters, Mates & Pilots

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of . My business address is 801 North Brand Boulevard, Suite 950, Glendale, CA 91203-1260.

On January 30, 2024, I served true copies of the following document(s) described as **DEFENDANT INTERNATIONAL ORGANIZATION OF MASTERS, MATES & PILOTS' RESPONSE TO PLAINTIFF'S REQUEST FOR 30 DAY DELAY** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Bush Gottlieb's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 30, 2024, at Glendale, California.

/s/ Judith Valenzuela
Judith Valenzuela

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

**SERVICE LIST**

| | |
|---|---|
| Daniel B. Martin, *In Pro Se*<br>P.O. Box 51760<br>Pacific Grove, CA 93950<br>Email: dbm@generalmail.net | *Plaintiff*<br><br>*Served via U.S, Mail* |
| Jason Alex Geller<br>Hyunki John Jung<br>Fisher & Phillips<br>1 Montgomery St., Suite 3400<br>San Francisco, CA 94104<br>Email: jgeller@fisherphillips.com<br>hjung@fisherphillips.com | *Counsel for Defendant Matson Navigation Company*<br><br>*Served via CM/ECF* |