UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL B. MARTIN,<br><br>        Plaintiff,<br><br>    v.<br><br>MASTERS, MATES, & PILOTS, et al.,<br><br>        Defendants. | Case No. 23-cv-04859-RFL<br><br>**ORDER**<br>Re: Dkt. No. 45 |

Plaintiff's request for additional time to retain counsel and file a motion for leave to amend the First Amended Complaint is **GRANTED**. (Dkt. No. 45.) Considering this is Plaintiff's second extension of time, Plaintiff shall file any such motion for leave to amend, counseled or not, by **April 5, 2024**. After this date, regardless of whether a motion for leave to amend is filed, the Court will proceed to resolve the pending motions to dismiss.

    **IT IS SO ORDERED.**

Dated: March 6, 2024

RITA F. LIN
United States District Judge

1