IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL B. MARTIN, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:23-cv-04859-RFL |
| v. ) | |
| ) | |
| MASTERS, MATES, & PILOTS ) | [PROPOSED] ORDER |
| ) | |
| and ) | |
| ) | |
| MATSON NAVIGATION CO. ) | |
| ) | |
| Defendant. ) | |
| ) | Date: July 1, 2024 |

**[PROPOSED] ORDER**

Pending before the Court is Plaintiff's Unopposed Motion for Continuance the Motion to Dismiss Hearing in the above-captioned case. After reviewing the Unopposed Motion and the record, the Court is of the opinion that this motion should be **GRANTED**, and a continuance allowed with the new Motion to Dismiss Hearing set for August 27, 2024.

It is **SO ORDERED**.

Signed this 1st of July, 2024.

_____
Honorable Rita F. Lin