UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL B. MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MASTERS, MATES, & PILOTS, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-04859-RFL<br><br>**ORDER GRANTING MOTION FOR LEAVE TO AMEND AND DENYING MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT AS MOOT**<br><br>Re: Dkt. No. 53, 54, 55 |

　　　　Plaintiff's motion for leave to amend (Dkt. No. 53) is **GRANTED**, and Defendants' motions to dismiss the Second Amended Complaint (Dkt. Nos. 54, 55) are **DENIED** as moot. Allowing amendment is in the interests of justice.  Plaintiff filed this suit without the benefit of counsel, and then filed the Second Amended Complaint only shortly after obtaining counsel. Moreover, to the extent that Defendants believe the Third Amended Complaint still fails to state a claim, those arguments are better assessed on full briefing on a motion to dismiss.  This Order makes no determination as to the adequacy of the claims in the Third Amended Complaint. Although the Court recognizes that Defendants will likely be forced to brief another motion to dismiss, it appears that most of Defendants' arguments regarding the insufficiency of the claims in the Third Amended Complaint have already been developed through the oppositions to the motion for leave to amend, thus reducing the prejudice to Defendants.  Moreover, given the number of times Plaintiff has amended his claims, the Court is unlikely to grant any further leave to amend if the claims do not survive a motion to dismiss.

2

      Plaintiff shall file the Third Amended Complaint attached to Dkt. No. 53 by **August 23, 2024**.

      **IT IS SO ORDERED.**

Dated: August 15, 2024

RITA F. LIN<br>
United States District Judge