JASON A. GELLER (SBN 168149)
Email: jgeller@fisherphillips.com
HYUNKI (JOHN) JUNG (SBN 318887)
Email: hjung@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
Matson Navigation Company, Inc.,
*erroneously* sued as "Matson Navigation Co."

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DANIEL B. MARTIN,

Plaintiff,

v.

MASTERS, MATES & PILOTS; and

MATSON NAVIGATION CO.,

Defendants.

CASE NO.: 3:23-cv-04859-RFL

**DECLARATION OF DANNY DEFANTI IN SUPPORT OF DEFENDANT MATSON NAVIGATION COMPANY, INC.'S MOTION TO DISMISS PLAINTIFF DANIEL B. MARTIN'S THIRD AMENDED COMPLAINT**

DATE: November 5, 2024
TIME: 10:00 a.m.
CTRM: 15
JUDGE: Hon. Rita F. Lin

TAC Filed: August 15, 2024
SAC Filed: April 16, 2024
FAC Filed: December 12, 2023
Complaint Filed: September 22, 2023
Trial Date: None Set

# DECLARATION OF DANNY DEFANTI

I, Danny Defanti, declare as follows:

1. I am over 18 years of age. I make this declaration in support of Defendant Matson Navigation Company, Inc.'s ("Matson") Motion to Dismiss Plaintiff Daniel B. Martin's ("Plaintiff") Third Amended Complaint. I have personal knowledge of the facts set forth herein, and if called upon to testify thereto, I could and would competently do so under oath.

2. I am employed by Matson as the Director of Offshore Labor Relations & Marine Operations. I have held this title at all times relevant to the allegations in the Complaint filed by Plaintiff in the above-entitled action.

3. In my role as Director of Offshore Labor Relations & Marine Operations, I am familiar with Matson's labor relations with the Masters, Mates & Pilots ("MM&P") union. I am also familiar with Matson's COVID-19 vaccination policy, entitled "Letter of Understanding ["LOU"] – COVID-19 Vaccination" which was entered into by Matson and MM&P on or around August 26, 2021, and the contents contained therein. Further, in my role, I am also familiar with the process relating to religious exemptions from Matson's COVID-19 vaccination requirement in connection with the LOU. Finally, in my role, I am also familiar with Matson's recordkeeping procedures and have access to employee personnel files, where copies of employees' religious exemption-related documents are customarily maintained in Matson's ordinary course of business.

4. "**Exhibit A**" attached hereto is a true and correct copy of Matson's COVID-19 Vaccination Policy, entitled "Letter of Understanding – COVID-19 Vaccination."

5. "**Exhibit B**" attached hereto is a true and correct copy of Plaintiff's September 20, 2021 Letter entitled "Non-consent to Covid-19 'vaccine' as [a] condition of employment."

6. "**Exhibit C**" attached hereto is a true and correct copy of my September 30, 2021 email to Plaintiff, asking additional questions concerning the nature of his religious beliefs as they related to the COVID-19 vaccine, as part of the interactive process.

7. "**Exhibit D**" attached hereto is a true and correct copy of Plaintiff's October 8, 2021 Letter responding to additional questions set forth in my September 30, 2021 email.

8. "**Exhibit E**" attached hereto is a true and correct copy of my October 15, 2021 email to

Plaintiff, notifying that Matson could not accommodate his religious exemption request.

9. Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed on August 27, 2024, at Oakland, California.

Danny Defanti