E. Scott Lloyd (Pro Hac Vice)
Virginia Bar # 76989
Lloyd Law Group, PLLC
15 Chester Street
Front Royal, VA 22630
Tel. (540) 823-1110
email: scott@lloydlg.com

Jennifer W. Kennedy (Local Counsel)
California Bar # 185406
61 S. Baldwin Ave. #1626
Sierra Madre, CA 91025-7076
(626) 888-2263
Email: jenniferkennedyesq@gmail.com

Attorneys for Plaintiff, DANIEL B. MARTIN,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANSICO DIVISION

| | |
|---|---|
| DANIEL B. MARTIN, ) | Case No. 3:23-cv-04859-RFL |
| Plaintiff, ) | |
| vs. ) | |
| ) | **CONSENT MOTION FOR** |
| MASTERS, MATES, & PILOTS ) | **EXTENSION OF TIME** |
| and ) | Judge: Hon. Rita F. Lin |
| ) | Date: September 10, 2024 |
| MATSON NAVIGATION CO., ) | |
| Defendants. ) | |

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff DANIEL B. MARTIN, ("Plaintiff"), by and through his attorneys,

---

1

**CONSENT MOTION FOR EXTENSION OF TIME**

pursuant to Fed. R. Civ. P. 6(b)(1)(a), submit this Consent Motion to respond to Masters, Mates, & Pilots' and Maston Navigation Co.'s ("Defendants'") Motions to Dismiss the Third Amended Complaint, and state the following in support of this motion.

## **ARGUMENT**

Fed. R. Civ. P. 6(b)(1)(a) states that, [w]hen an act may or must be done within a specified time, the court may, for good cause, be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]"

The current deadline for the response to the Motion to Dismiss for Defendant Masters, Mates, and Pilots is September 11. The current deadline for response to the Motion to Dismiss for Defendant Matson is September 12. There have been no extensions requested or granted for these motions to dismiss. This Court granted a consent motion for extension to Defendants' motion to dismiss for an earlier version of Plaintiff's complaint on May 23, 2024. It does not appear that the Court has indicated that there would be no further extensions granted.

Plaintiff's counsel had trial on Monday and Tuesday, September 9-10. In addition, Plaintiff's counsel has a deadline in another case in federal court on September 11. In light of this confluence of events and the Court's continuance of the hearing in the matter by one week, Plaintiff requests an extension of one week from both of Plaintiff's deadlines to file a response to the Defendants' respective motions to dismiss for a period of one week. Counsel has conferred with opposing counsel about this possibility, and Defendants' counsel have indicated their

Lloyd Law Group, PLLC
15 Chester Street
FRONT ROYAL, VA 22630
(540) 823-1110

consent. Accordingly, Plaintiff's deadline for responding to Memorandum of Points and Authorities filed by Masters, Mates, & Pilots would be September 18, with Defendants' reply due by September 25. The deadline for Plaintiff's response to Defendant Matson Navigation's Motion to Dismiss would be September 19, with the deadline for Defendant's reply on September 26.

For good cause being shown, Plaintiff respectfully requests that this honorable court grant Plaintiff's Consent Motion for extension of time to the dates indicated above.

Dated: September 10, 2024            Respectfully Submitted,

By:   /s/ E. Scott Lloyd
E. Scott Lloyd
Virginia Bar # 76989
Lloyd Law Group
15 Chester Street
Front Royal, VA 22630
Tel. (540) 823-1110
scott@lloydlg.com
*Admitted Pro Hac Vice

/s/ Jennifer W. Kennedy
Jennifer W. Kennedy
California Bar # 185406
61 S. Baldwin Ave. #1626
Sierra Madre, CA 91025-7076
(626) 888-2263
jenniferkennedyesq@gmail.com
*Local Counsel*

E. Scott Lloyd (Pro Hac Vice)
Virginia Bar # 76989
Lloyd Law Group, PLLC
15 Chester Street
Front Royal, VA 22630
Tel. (540) 823-1110
email: scott@lloydlg.com

Jennifer W. Kennedy (Local Counsel)
California Bar # 185406
61 S. Baldwin Ave. #1626
Sierra Madre, CA 91025-7076
(626) 888-2263
Email: jenniferkennedyesq@gmail.com

Attorneys for Plaintiff, DANIEL B. MARTIN,

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANSICO DIVISION

| | |
|---|---|
| DANIEL B. MARTIN, | ) Case No. 3:23-cv-04859-RFL |
| Plaintiff, | ) [PROPOSED] ORDER GRANTING |
| | ) CONSENT MOTION TO |
| vs. | ) CONTINUE HEARING |
| | ) |
| MASTERS, MATES, & PILOTS, *et al.,* | ) |
| | ) |
| Defendants. | ) |

The Court having reviewed Plaintiff's Consent Motion to Continue Hearing, and for good cause shown,

IT IS HEREBY ORDERED that:

1. Plaintiff's Consent Motion for Extension of Time is granted.

---

1

**[PROPOSED] ORDER GRANTING MOTION TO AMEND**

2. Plaintiff's response to Defendant Masters, Mates, & Pilots' Motion to Dismiss is due by September 18, 2024, with Defendants' reply due by September 25, 2024.

3. Plaintiff's response to Defendant Matson Navigation's Motion is due September 19, 2024, with the deadline for Defendant's reply on September 26, 2024.

It is SO ORDERED.

Dated: September 11, 2024

Rita F. Lin
District Judge