UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL B. MARTIN,

            Plaintiff,

     v.

MASTERS, MATES, & PILOTS, et al.,

            Defendants.

Case No.  5:25-cv-04382-PCP

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

     Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Rita F. Lin for consideration of whether the case is related to *Martin v. Masters, Mates, & Pilots et al.*, No. 23-cv-04859.

     **IT IS SO ORDERED.**

Dated: May 28, 2025

_____

P. Casey Pitts
United States District Judge